IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE MELENDEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:25-cv-453-JDK |
| TXU ENERGY RETAIL COMPANY, LLC, et al., | § § § § | |
| Defendants. | § § | |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's notice of dismissal with prejudice. Docket No. 16. Pursuant to the notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims against Defendant Experian Information Solutions, Inc. are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

So **ORDERED** and **SIGNED** this **23rd** day of **July, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE