IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-453-JDK |
| | § | |
| TXU ENERGY RETAIL COMPANY, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Before the Court is Plaintiff's notice of dismissal with prejudice. Docket No. 18. Pursuant to the notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

**So ordered and signed on this**
**Aug 20, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE